# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

    v.

CRAIG ANTHONY MOORE,

    Petitioner

: No. 424 WAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

    v.

CRAIG ANTHONY MOORE,

    Petitioner

: No. 425 WAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 24th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.